IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRELL WILLIAMS,

      Petitioner,

v.                                        4:14cv643-WS/CAS

UNITED STATES OF AMERICA,
and FLORIDA ATTORNEY GENERAL,

      Respondents.

_____

ORDER DENYING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation

docketed July 15, 2015.  See Doc. 17.  The magistrate judge recommends that the

petitioner's petition for writ of habeas corpus be denied.  The petitioner has filed no

objections to the report and recommendation.

Having considered the matter, this court has determined that the report and

recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and

incorporated by reference into this order of the court.

      2.  The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DENIED.

      3.  The clerk is directed to enter judgment stating: "Terrell Williams's petition for writ of habeas corpus is denied."

      DONE AND ORDERED this ___14th___ day of ___August___, 2015.


      s/ William Stafford_____
      WILLIAM STAFFORD
      SENIOR UNITED STATES DISTRICT JUDGE